JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIELA CABRERA, | ) | Case No.  CV-18-2616-R |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| CITY OF INDUSTRY, et al., | ) | **BY LACK OF PROSECUTION** |
| Defendant(s). | ) | |

Plaintiff was ORDERED to show cause in writing no later than **June 5, 2018** why this action should not be dismissed for lack of prosecution.  Plaintiff was ORDERED to either request for entry of default or file an appropriate response.  On June 4, 2018, Plaintiff filed a Stipulation to Amend the Complaint as a response.  Plaintiff failed to submit a declaration in support of the Stipulation.  On June 12, 2018, the Court ORDERED Plaintiff to file a declaration and extended the date to June 13, 2018 for Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution.  A declaration has not been filed as of the date of this Order. Further, Plaintiff's response fails to appropriately respond to the Court's Order to Show Cause.

/ / /

/ / /

/ / /

1     WHEREAS, the time the Court has provided has elapsed to appropriately respond to the

2   Court's Order to Show Cause;

3     The Court hereby DISMISSES this instant action for lack of prosecution.

4

5   Dated:  June 15, 2018

6

7

8                                                    _____
                                                     HONORABLE MANUEL L. REAL
9                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28